UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOEWE, S.A.,

                    Plaintiff,

v.

ALL-IN-ONE STORE, ANNIE+86 18671363691 STORE STORE, CHANGSHA YUWEI TECHNOLOGY CO., LTD., DONGGUAN YOUXIAN JEWELRY CO., LTD., DONGGUAN ZEHAO JEWELRY CO., LTD., GLOBAL FACTORY SELECTION STORE, GUANGZHOU CHAOYUE LEATHER CO., LTD., GUANGZHOU DAIDAN JEWELRY CO., LTD., GUANGZHOU DONGAI JEWELRY CO., LTD., GUANGZHOU TIANBAO LEATHER PRODUCTION CO., LTD., GUANGZHOU XIUQUAN LEATHERWARE CO., LTD., GUIYANG WANJIANG JEWELRY CO., LTD, HUAIBEI HUIHE TECHNOLOGY CO., LTD., LONGYAN YUQIXUAN GARMENTS CO., LTD., QUANZHOU LICHENG DISTRICT SHIMAIYI TRADING CO., LTD., SHANGHAI CHOZA INDUSTRIAL CO., LTD., SHENZHEN BEST LEATHER HANDBAGS CO., LTD., SHOP1104636646 STORE, SHOP1104660580 STORE, TRADE CENTER STORE, YIWU HALO IMPORT & EXPORT CO., LTD., YIWU LIANGDIAN JEWELRY CO., LTD., YIWU LIAOYUAN TRADE CO., LTD., YIWU QIREN JEWELRY FACTORY (INDIVIDUAL BUSINESS), YIWU REBACCAS JEWELRY&CRAFT FACTORY, YIWU SHUQIN CLOTHING CO., LTD., YIWU XINGYING INFORMATION TECHNOLOGY CO., LTD. and YIWU YOUYUE TRADING CO., LTD.,

                    Defendants.

25-CV-8778 (JPO)

ORDER FILED UNDER SEAL

J. PAUL OETKEN, District Judge:

Before this Court is Plaintiff's *ex parte* letter requesting modification of the briefing schedule and extension of the temporary restraining order issued in this case on October 27, 2025. Plaintiff's request is GRANTED.  Defendants' deadline to file opposing papers, if any, is extended to November 17, 2025.  Plaintiff's deadline to file reply papers, if any, is extended to November 19, 2025.  The Show Cause Hearing is rescheduled to November 24 at 3:00 p.m.  Counsel shall dial 855-244-8681 and use code 2312 828 7066 at that time.

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, the Court further GRANTS Plaintiff's request to extend the TRO to November 24, 2025, as Plaintiff has shown good cause.

SO ORDERED.

Dated: October 31, 2025
        New York, New York

_____
J. PAUL OETKEN
United States District Judge

1